UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Case No. 4:24-cv-01986 |
| JOHN DOE subscriber assigned IP address 73.77.15.175, | § § § § | |
| Defendant. | § § | |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
### WITH PREJUDICE OF JOHN DOE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 73.77.15.175, are voluntarily dismissed with prejudice.

Dated: August 29, 2024                    Respectfully submitted,

By:  */s/ Paul S. Beik*
Paul S. Beik
Beik Law Firm PLLC
917 Franklin Street, Suite 220
Houston, Texas 77002
Tel: (713) 869-6975
Fax: (713) 583-9169
paul@beiklaw.com
www.beiklaw.com

**ATTORNEY FOR PLAINTIFF,
STRIKE 3 HOLDINGS, LLC**